JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL WOODS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-05-02871 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS FOR RELIEF WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT**<br><br>**TRIAL DATE:** None Assigned<br><br>**Hon. Jeffrey S. White** |

Plaintiff Nathaniel Woods, Jr. and defendant Bayer Healthcare LLC, erroneously sued herein as Bayer Healthcare ("Bayer"), through their respective counsel, hereby stipulate as follows:

1. The Fifth Claim for Relief in Plaintiff's Complaint for Damages for Retaliation in violation of California Government Code section 12940(h)(1) shall be dismissed with prejudice as stipulated and ordered by this Court on March 7, 2005.

2. The Sixth Claim for Hostile Work Environment in violation of California Government Code section 12940(a) shall be dismissed with prejudice as stipulated and ordered by

---

1
**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS FROM PLAINTIFF'S COMPLAINT WITH PREJUDICE; CASE NO. C-05-02871 JSW**

this Court on March 7, 2005.

**IT IS SO STIPULATED**.

DATED: August 24, 2005               MOORE & MOORE

                                     By: _____/s/_____
                                         HOWARD MOORE, JR.
                                         Attorneys for Plaintiff

DATED: August 24, 2005               THE LOUDERBACK LAW FIRM

                                     By: _____/s/_____
                                         JEROME SCHREIBSTEIN
                                         JAMES T. CONLEY
                                         Attorneys for Defendant
                                         BAYER HEALTHCARE

**IT IS SO ORDERED.**

DATED: __August 25__, 2005

                                     _____/s/ Jeffrey S. White_____
                                     HON. JEFFREY S. WHITE
                                     United States District Court Judge
                                     Northern District of California

---

2

**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS FROM PLAINTIFF'S COMPLAINT WITH PREJUDICE; CASE NO. C-05-02871 JSW**