JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL WOODS, JR.,<br><br>               Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>               Defendant. | CASE NO. C-05-02871 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE**<br><br>**TRIAL DATE:** None Assigned<br><br>**Hon. Jeffrey S. White** |

WHEREAS, the October 28, 2005 Case Management Conference minute order vacated the dates previously set for: (1) close of non-expert discovery, (2) the last day for expert disclosures, and (3) close of expert discovery.

WHEREAS, this Court ordered the parties to meet and confer on new dates for the above events;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Close of non-expert discovery: February 28, 2006;
2. Last day for expert disclosures: April 7, 2006;
3. Close of expert discovery: May 8, 2006;

**IT IS SO STIPULATED.**

DATED: December 1, 2005                MOORE & MOORE

                                       By: _____/s/_____
                                       HOWARD MOORE, JR.
                                       Attorneys for Plaintiff

DATED: December 1, 2005                By: _____/s/_____
                                       CHARLES STEPHEN RALSTON
                                       Attorney for Plaintiff
                                       NATHANIEL WOODS

DATED: December 1, 2005                THE LOUDERBACK LAW FIRM

                                       By: _____/s/_____
                                       JEROME SCHREIBSTEIN
                                       JAMES T. CONLEY
                                       Attorneys for Defendant
                                       BAYER HEALTHCARE

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | |
| 3 | DATED: December 2, 2005 |

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#34986

---

3

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE
CASE NO. C-05-02871 JSW