JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL WOODS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-05-02871 JSW<br><br>**STIPULATION AND *[PROPOSED]* ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE**<br><br>**TRIAL DATE:** None Assigned<br><br>**Hon. Jeffrey S. White** |

WHEREAS, the matters *Jones v. Bayer*, case no. C-03-05531 JSW, and *Dove v. Bayer*, case No. C-05-02873 JSW, are deemed related to this matter;

WHEREAS, this Court had set the dispositive motion hearing date for this matter on calendar for April 7, 2006, prior to the dispositive motion hearing date in the *Dove* matter, currently set for hearing on March 24, 2006;

1     WHEREAS, plaintiff Dove's deposition was noticed for January 18th, 2006;

2     WHEREAS, Dove requested that his deposition be moved to January 27th, 2006;

3     WHEREAS, plaintiff Jones's deposition was noticed for January 9-10th, 2006;

4     WHEREAS, plaintiff Jones has requested that his deposition be pushed back to January 18-19th, 2006;

6     WHEREAS, the dispositive motion in this matter should be heard after the dispositive motions in the *Jones* and the *Dove* matters because there are more complexities in this matter;

8     WHEREAS, contemporaneous stipulations and [proposed] orders on the *Jones* and *Dove* matters are filed herewith to accommodate the continuances of depositions requested by the respective plaintiffs without prejudicing Bayer and its ability to complete discovery in a timely fashion and to have a full and complete hearing on its dispositive motions;

12     WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

14     1.     The hearing on the dispositive motion(s) will now take place on April 21, 2006; and

15     2.     Close of non-expert discovery: March 13, 2006.

**IT IS SO STIPULATED.**

DATED: January 13, 2006     MOORE & MOORE

By: _____/s/_____
HOWARD MOORE, JR.
Attorneys for Plaintiff

DATED: January 13, 2006     By: _____/s/_____
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
NATHANIEL WOODS

DATED: January 13, 2006     THE LOUDERBACK LAW FIRM

By: _____/s/_____
JEROME SCHREIBSTEIN
JAMES T. CONLEY
Attorneys for Defendant
BAYER HEALTHCARE

IT IS SO ORDERED
Judge Jeffrey S. White

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE (C-03-05531 JSW) - 2**