JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

| | |
|---|---|
| HOWARD MOORE, JR. (SBN 55228)<br>MOORE AND MOORE<br>445 Bellevue Avenue, Second Floor<br>Oakland, California 94610-4924<br>Telephone: (510) 451-0104<br>Facsimile: (510) 451-5056<br>Attorneys for Plaintiffs | CHARLES STEVEN RALSTON (SBN 34111)<br>2421 Valley Street<br>Berkeley, CA 94702<br>Telephone: (510) 540-9683<br>Facsimile: (510) 540 – 9685<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL WOODS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-05-02871 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE**<br><br>**TRIAL DATE:** None Assigned<br><br>**Hon. Jeffrey S. White** |

WHEREAS, close of non-expert discovery was previously set for March 13, 2006;

WHEREAS, the Hearing on Dispositive Motions was previously set for April 21, 2006;

WHEREAS, plaintiff has noticed seven depositions to be taken before non-expert discovery closes;

WHEREAS, Bayer anticipates it will produce all non-objectionable witnesses for deposition that have already been properly and timely noticed;

---

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY
AND DISPOSITIVE MOTION SCHEDULE (C-03-02871 JSW) - 1

WHEREAS, the parties are continuing to meet and confer regarding written discovery requests already properly and timely served and anticipate resolution of all outstanding issues;

WHEREAS, the matters *Jones v. Bayer*, case No. C-03-05531 JSW, and *Dove v. Bayer*, case No. C-05-02873 JSW, are deemed related to this matter;

WHEREAS, all dates in *Dove v. Bayer* are being adhered to, including the close of non-expert discovery on February 27, 2006 and the Hearing for Dispositive Motions set for April 7, 2006;

WHEREAS, in *Jones v. Bayer* six additional depositions are currently being scheduled and the parties are continuing to meet and confer regarding written discovery requests and anticipate resolution of all outstanding issues;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. No new non-expert discovery may be served or propounded after March 13, 2006;
2. For the limited scope of discovery requests that were timely and properly served pursuant to the previous cutoff date of March 13, 2006, non-expert discovery will now close on March 31, 2006;
3. Plaintiff reserves his right to propound additional deposition notices until March 13, 2006;
4. Defendant, Bayer, reserves all rights to object to any such deposition notices, including, but not limited to, the timeliness thereof;
5. Plaintiff reserves his right to challenge Bayer's objections;
6. This stipulation and [proposed] order does not waive any proper objection to discovery served prior to March 13, 2006;
7. Hearing on Dispositive Motions and Case Management Conference will now occur on May 19, 2006.

**IT IS SO STIPULATED.**

DATED: February 27, 2006                MOORE & MOORE

By: s/Howard Moore, Jr.
HOWARD MOORE, JR.
Attorneys for Plaintiff

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE (C-03-02871 JSW) - 2**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 27, 2006 | By: s/Charles Stephen Ralston |
| 3 | | CHARLES STEPHEN RALSTON<br>Attorney for Plaintiff |
| 4 | | NATHANIEL WOODS |
| 5 | DATED: February 27, 2006 | THE LOUDERBACK LAW FIRM |
| 6 | | By: s/Jerome Schreibstein |
| 7 | | JEROME SCHREIBSTEIN<br>JAMES T. CONLEY |
| 8 | | Attorneys for Defendant<br>BAYER HEALTHCARE |

Dated: February 28, 2006

IT IS SO ORDERED

Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY
AND DISPOSITIVE MOTION SCHEDULE (C-03-02871 JSW) - 3**

**IT IS SO ORDERED.**

DATED: _____, 2006

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#36698