```
 1  JEROME SCHREIBSTEIN (SBN 154051)
 2  JAMES T. CONLEY (SBN 224174)
    STEPHEN K. ROBINSON (SBN 217898)
 3  THE LOUDERBACK LAW FIRM
    One Embarcadero Center, Suite 2300
 4  San Francisco, California 94111
    Telephone: (415) 398-7860
 5  Facsimile: (415) 398-7863
 6
    Attorneys for Defendant
 7  BAYER HEALTHCARE LLC
 8
    HOWARD MOORE, JR. (SBN 55228)          CHARLES STEPHEN RALSTON (SBN 34111)
 9  MOORE AND MOORE                         2421 Valley Street
    445 Bellevue Avenue, Second Floor       Berkeley, CA 94702
10  Oakland, California 94610-4924          Telephone: (510) 540-9683
    Telephone: (510) 451-0104               Facsimile:  (510) 540 – 9685
11  Facsimile: (510) 451-5056               Attorneys for Plaintiff
    Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL WOODS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-05-02871 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER PROTECTING PARTIES' CONFIDENTIAL INFORMATION AND ALLEGED TRADE SCRETS**<br><br>**TRIAL DATE:** None Assigned<br><br>Hon. Jeffrey S. White |

| | |
|---|---|
| 1 | WHEREAS, on December 8, 2003, *Jones, et al. v. Bayer* was filed as a putative class action, with the named plaintiffs of Lavon Jones, Nathaniel Woods, Haben Berhane, and Dwight Dove; |

WHEREAS, on December 8, 2003, *Jones, et al. v. Bayer* was filed as a putative class action, with the named plaintiffs of Lavon Jones, Nathaniel Woods, Haben Berhane, and Dwight Dove;

WHEREAS, on November 22, 2004, the putative class action allegations were removed from the Jones et al. complaint when the plaintiffs filed their 2nd Amended Complaint;

WHEREAS, on June 2, 2005, defendant Bayer HealthCare along with plaintiffs Lavon Jones, Nathaniel Woods, Haben Berhane, and Dwight Dove entered into a Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets, pursuant to Rule 26(c)(7);

WHEREAS, on June 21, 2005, the Court "ORDERED that the Stipulation be adopted in its entirety…";

WHEREAS, Bayer's motion to sever was granted in the *Jones, et al.* matter by this Court on June 23, 2005. Plaintiff Woods filed his individual Complaint on July 14, 2005, based largely on the same individual allegations as the *Jones, et al.* suit. While no longer one suit, the individual actions continue to be deemed related;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Nathaniel Woods and Bayer HealthCare do hereby re-adopt the Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets. A true and accurate copy of the Stipulation and Order is attached hereto as Exhibit A.

2. Both parties to this suit retain their duties and responsibilities as stipulated and ordered in the Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets.

**IT IS SO STIPULATED.**

DATED: March 16, 2006          MOORE & MOORE

By: ___s/Howard Moore, Jr.___
HOWARD MOORE, JR.
Attorneys for Plaintiff
NATHANIEL WOODS

| | | |
|---|---|---|
| 1 | DATED: March 16, 2006 | By: ___s/Charles Stephen Ralston___ |
| 2 | | CHARLES STEPHEN RALSTON |
| | | Attorney for Plaintiff |
| | | NATHANIEL WOODS |
| 3 | | |
| 4 | DATED: March 16, 2006 | THE LOUDERBACK LAW FIRM |
| 5 | | By: ___s/Jerome Schreibstein___ |
| 6 | | JEROME SCHREIBSTEIN |
| | | JAMES T. CONLEY |
| 7 | | Attorneys for Defendant |
| | | BAYER HEALTHCARE |

**IT IS SO ORDERED.**

DATED: March 17, 2006

___/s/ Jeffrey S. White___
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#37092