JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
STEPHEN K. ROBINSON (SBN 217898)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

| | |
|---|---|
| HOWARD MOORE, JR. (SBN 55228) | CHARLES STEPHEN RALSTON (SBN 34111) |
| MOORE AND MOORE | 2421 Valley Street |
| 445 Bellevue Avenue, Second Floor | Berkeley, CA 94702 |
| Oakland, California 94610-4924 | Telephone: (510) 540-9683 |
| Telephone: (510) 451-0104 | Facsimile: (510) 540-9685 |
| Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
| Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL WOODS, JR.,<br><br>    Plaintiff,<br><br> v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>    Defendant. | CASE NO. C-05-02871 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE**<br><br>**TRIAL DATE:** None Assigned<br><br>**Hon. Jeffrey S. White** |

///

///

---

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE**
**(C-03-02871 JSW) - 1**

1  WHEREAS, in the Stipulation and Court Order Regarding Discovery Schedule, dated December 2, 2005, the Court set the last day for Expert Disclosures as April 7, 2006, and the Close of Expert Discovery as May 8, 2006;

WHEREAS, in this Court's Civil Minute Order dated October 28, 2005, this Court set the Hearing on Dispositive Motions for April 7, 2006;

WHEREAS, under the above referenced original schedule, therefore, the Close of Expert Discovery was to be approximately 30 days after the Hearing on Dispositive Motions;

WHEREAS, the parties have since stipulated, and the Court has ordered, that the hearing for dispositive motions will now be May 19, 2006;

WHEREAS, under the current schedule the Close of Expert Discover is 11 days before the Hearing for Dispositive Motions, rather than 30 days after;

WHEREAS, the parties now seek to realign the schedule such that the Close of Expert Discovery will again be approximately 30 days after the Hearing for Dispositive Motions;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. The Last Day for Expert Disclosures will now be May 22, 2006;
2. The Close of Expert Discovery will now be June 19, 2006.

**IT IS SO STIPULATED.**

DATED: March 22, 2006          MOORE & MOORE

                               By:  s/Howard Moore, Jr.
                                    HOWARD MOORE, JR.
                                    Attorney for Plaintiff
                                    NATHANIEL WOODS


DATED: March 22, 2006          By:  s/Charles Stephen Ralston
                                    CHARLES STEPHEN RALSTON
                                    Attorney for Plaintiff
                                    NATHANIEL WOODS

---

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE (C-03-02871 JSW) - 2**

| | | |
|---|---|---|
| 1 | DATED: March 22, 2006 | THE LOUDERBACK LAW FIRM |
| 2 | | |
| 3 | | By: s/Stephen K. Robinson |
| | | JEROME SCHREIBSTEIN |
| 4 | | JAMES T. CONLEY |
| 5 | | STEPHE K. ROBINSON |
| | | Attorneys for Defendant |
| 6 | | BAYER HEALTHCARE |
| 7 | **IT IS SO ORDERED.** | |
| 8 | | |
| 9 | DATED: March 27 , 2006 | |
| 10 | | |
| 11 | | *[signature]* |
| 12 | | HON. JEFFREY S. WHITE |
| | | United States District Court Judge |
| 13 | #37179 | Northern District of California |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXPERT DISCOVERY SCHEDULE
(C-03-02871 JSW) - 3