JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
STEPHEN K. ROBINSON (SBN 217898)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiff

CHARLES STEPHEN RALSTON (SBN 34111)
2421 Valley Street
Berkeley, CA 94702
Telephone: (510) 540-9683
Facsimile: (510) 540-9685
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL WOODS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-05-02871 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF HEARING ON SUMMARY JUDGMENT**<br><br>TRIAL DATE: None Assigned<br><br>**Hon. Jeffrey S. White** |

///

///

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING
CONTINUANCE OF HEARING ON SUMMARY JUDGMENT
(C-03-02871 JSW) - 1

1  WHEREAS, due to a family emergency Mr. Jerome Schreibstein, counsel for Bayer in this
2  matter, is unable to attend the Hearing for Bayer's Motion for Summary Judgment, currently
3  scheduled for Friday, May 19, 2006 at 9:00 a.m.
4  WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively
5  adverse, they agree through their respective counsel and stipulate as follows:
6  1. The Hearing for Bayer's Motion for Summary Judgment will now be on ~~June 2~~, 2006 [June 9]
7  at 9:00 a.m.;

**IT IS SO STIPULATED.**

DATED: May 18, 2006        By: s/Charles Stephen Ralston
                               CHARLES STEPHEN RALSTON
                               Attorney for Plaintiff
                               NATHANIEL WOODS

DATED: May 18, 2006        THE LOUDERBACK LAW FIRM

                           By: s/Stephen K. Robinson
                               JEROME SCHREIBSTEIN
                               JAMES T. CONLEY
                               STEPHE K. ROBINSON
                               Attorneys for Defendant
                               BAYER HEALTHCARE

**IT IS SO ORDERED.**

DATED: May 18, 2006

_[signature]_
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#38248

---

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING
CONTINUANCE OF HEARING ON SUMMARY JUDGMENT
(C-03-02871 JSW) - 2**