United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL WOODS, JR.,

    Plaintiff,

v.

BAYER HEALTHCARE LLC,

    Defendant.

No. C 05-02871 JSW

**ORDER RE HEARING ON MOTION FOR SUMMARY JUDGMENT AND EXPERT DISCOVERY SCHEDULE**

The Court HEREBY RESETS the hearing on Defendant's motion for summary judgment to June 16, 2006 at 9:00 a.m. In accordance with the parties' stipulation, the last day for expert disclosures will now be June 19, 2006 and the close of exert discovery will now be July 17, 2006.

**IT IS SO ORDERED.**

Dated:  May 23, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE