◻ ORIGINAL

RECEIVED

07 JUN -5 PM 2: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Charles Louderbach, Esq. (SBN 88788)
PAYNE & FEARS, LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile:  (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATHANIEL WOODS, JR.,

Plaintiff,

v.

BAYER HEALTHCARE LLC,

Defendants.

CASE NO. C-05-02871 JSW

**SUBSTITUTION OF ATTORNEY &**
~~[PROPOSED]~~ **ORDER**

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF HEREIN:

Notice is hereby given that Defendant BAYER HEALTHCARE LLC substitutes the Law

Office of Jerome Schreibstein as their attorney of record in place of Payne and Fears, LLP. The

address and telephone number of The Law Office of Jerome Schreibstein, to which all further

notices, pleadings, orders, and correspondence should be sent, are:

Law Office of Jerome Schreibstein
275 Battery Street, 18th Floor
San Francisco, CA 94111
Telephone: (415)  875-3355
Facsimile: (415)  358-9885

DATED: June 1, 2007                    PAYNE & FEARS, LLP

                                       By: _____
                                           CHARLES LOUDERBACH
                                           Attorneys for Defendant
                                           BAYER HEALTHCARE LLC

        I requested, accept, and consent to substitute The Law Office of Jerome Schreibstein as

Defendant BayerHealthCare, LLC's counsel of record in this civil action.

DATED: June 1, 2007          LAW OFFICES OF JEROME SCHREIBSTEIN

                                       By: _____
                                           JEROME SCHREIBSTEIN
                                           Attorney for Defendant
                                           BAYER HEALTHCARE LLC

        I consent to and accept this substitution of attorney.

DATED: June ___, 2007                  BAYER HEALTH CARE LLC

                                       By: _____

                                       **ORDER**

        The above substitution of attorney read and considered, IT IS SO ORDERED.

DATED: June 12, 2007

                                       _____
                                       United States District Court Judge

Doc#: 357606